[IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cv-

EPIC MOUNTAIN SPORTS, LLC

Plaintiff,

v.

THE VAIL CORPORATION d/b/a VAIL RESORTS MANAGEMENT COMPANY and d/b/a EPIC MOUNTAIN GEAR; and SSI VENTURE LLC d/b/a EPIC MOUNTAIN GEAR and d/b/a VAIL RESORTS RETAIL

Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(c) and 1446, Defendants The Vail Corporation and SSI Venture LLC (collectively, "Defendants") hereby remove this action from the Colorado State District Court, Grand County, Colorado to the United States District Court for the District of Colorado.

## STATEMENT OF GROUNDS FOR REMOVAL

1.      On August 23, 2019, Plaintiff Epic Mountain Sports, LLC ("Plaintiff") commenced this action by filing a Complaint and Jury Demand against Defendants in the District Court of Grand County, Colorado (the "State Court Action"), Case No. 2019CV30070.  A true and correct copy of the Complaint is attached hereto as Exhibit A.

2.      Based on the Complaint, pursuant to 28 U.S.C. §§ 1441(c) and 1446, Defendants hereby remove the State Court Action to this Court on the basis of federal question jurisdiction.

3.      A civil case may be removed from state to federal court where one of the claims arises "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1441(c)(1)(A).

1

4.  Here, Plaintiff asserted a claim under the Lanham Act, 15 U.S.C. § 1125. *See* Ex. A, pp. 3-5. The Lanham Act states, "The district and territorial courts of the United States shall have *original jurisdiction* . . . of all actions arising under this chapter, without regard to the amount in controversy or to diversity or lack of diversity of the citizenship of the parties." 15 U.S.C. § 1121(a).

5.  This removal is timely under 28 U.S.C. § 1446(b) because Plaintiff first served copies of the Summonses and Complaint on Defendants on August 26, 2019. A copy of all process, pleadings, motions, and orders received by Defendants or otherwise listed on the docket of the State Court Action are attached as Exhibits A through D.

6.  Venue is proper in this District under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original State Court Action was filed and is pending.

7.  This Notice of Removal is filed on behalf of and with the consent of all Defendants.

8.  Concurrently with this Notice of Removal, the Removing Defendants will file a copy of this Notice with the District Court of Grand County, Colorado. In accordance with 28 U.S.C. § 1446(d), Defendants will give written notice to Plaintiff by contemporaneously serving this Notice of Removal on Plaintiff.

9.  Pursuant to D.C.COLO.LCivR 81.1(v), a copy of the current docket sheet and each pending motion, petition, and related briefs, if any, in the State Court Action is being filed with this Notice of Removal, attached to the Supplemental Civil Cover Sheet for Notices of Removal.

3

10. Pursuant to D.C.COLO.LCivR 81.1(c), Defendants certify that as of the date of this Notice of Removal no hearings or other proceedings have been set in the State Court Action.

11. For the foregoing reasons, Defendants respectfully remove this civil action to the United States District Court for the District of Colorado.

Respectfully submitted this 29th day of August, 2019.

> *s/Michael J. Hofmann*
> Michael J. Hofmann
> Clifford B. Stricklin
> Stephen D. Rynerson
> BRYAN CAVE LEIGHTON PAISNER LLP
> 1700 Lincoln Street, Suite 4100
> Denver, Colorado 80203
> Telephone: (303) 861-7000
> E-mail: Michael.Hofmann@bclplaw.com
>          Cliff.Stricklin@bclplaw.com
>          Stephen.Rynerson@bclplaw.com
>
> *Attorneys for Defendants The Vail Corporation and SSI Venture LLC*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 29, 2019, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed with the Court and served electronically by PACER and via United States First Class Mail:

Douglas Norberg
Weston Cole
GELMAN & NORBERG, LLC
8480 E. Orchard Rd., Ste. 500
Greenwood Village, Colorado 80111
Telephone: (303) 740-8494
E-mail: dnorberg@gelmannorberg.com
          wcole@gelmannorberg.com

*Attorneys for Plaintiff Epic Mountain Sports, LLC*

                                          *s/Michael J. Hofmann*
                                          Michael J. Hofmann, Esq.